UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROSEMARIE KALL,

                Plaintiff,

-against-

PEEKSKILL CITY SCHOOL DISTRICT, ET AL,

                Defendants.

No. 18 Civ. 10199 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge

Defendant Kaplan's letter request for a pre-motion conference is denied without prejudice. The Court waives the requirement for a pre-motion conference regarding Defendant Kaplan's anticipated Motion to Dismiss and instead sets the following briefing schedule:

    Defendant's Motion to Dismiss is due on: August 30, 2019

    Plaintiff's Opposition is due on: September 27, 2019

    Defendant's Reply Memorandum is due on: October 11, 2019

The parties must serve the Court with two courtesy copies of each filing, as it is served on the opposing party, and all filings are to be filed electronically on 10/11/19, pursuant to the Court's Bundling Rule. The Clerk of the Court is respectfully directed to terminate ECF No. 30.

Dated: July 31, 2019
      White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1